# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

VICTOR PENA RAMON,

    Plaintiff,

v.                                        Case No. 2:24-cv-0086 GJF/DLM

JORGE MANTILLA,
GRAMPAS LOGISTICS, and
NATIONAL INDEPENDENT TRUCKERS
INSURANCE COMPANY,

    Defendants.

## AMENDED ORDER SETTING RULE 16 CONFERENCE

**THIS MATTER** is before the Court sua sponte under the Court's inherent power to manage its docket. *See Bunn v. Perdue*, 966 F.3d 1094, 1099 (10th Cir. 2020) ("District courts are afforded great discretion regarding control of the docket and parties.") (quoting *United States v. Orozco*, 916 F.3d 919, 925 (10th Cir. 2019)); *SEC v. Mgmt. Sols., Inc.*, 824 F. App'x 550, 553 (10th Cir. 2020) ("[A] district court has the inherent power to 'manage [its] own affairs so as to achieve orderly and expeditious disposition of cases.'") (quoting *Dietz v. Bouldin*, 579 U.S. 40, 45 (2016)). Accordingly, the Court hereby **VACATES** the previously scheduled Rule 16 conference. In its place, the Court will conduct a telephonic Rule 16 conference on the same day **February 13, 2025, at 10:00 a.m. MST**. To connect to the telephonic status conference, dial: **855-244-8681**, and use access code: **2314 983 7724**.

**IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE