**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

VICTOR PENA RAMON,

    Plaintiff,

v.                                      Case No. 2:24-cv-0086 GJF/DLM

JORGE MANTILLA,
GRAMPAS LOGISTICS, and
NATIONAL INDEPENDENT TRUCKERS
INSURANCE COMPANY,

    Defendants.

## ORDER GRANTING MOTION TO STAY

**THIS MATTER** is before the Court on Defendant Grampas Logistics' motion for a stay of discovery. (Doc. 60.) Having considered the motion and hearing from the parties at the status conference (Doc. 61), the Court finds it should be **GRANTED**.

**IT IS THEREFORE ORDERED** that discovery is stayed pending resolution of Defendant Grampas Logistics' motion to dismiss. (Doc. 51.)

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE